**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DIGITALDOORS, INC.,** *Plaintiff,* v. **AMARILLO NATIONAL BANK,** *Defendant.* | § § § § § § § § § § | **MO:25-CV-00102-DC** |

## ORDER

Before the Court is the report and recommendation from U. S. Magistrate Judge Derek T. Gilliland (Doc. 28) concerning Defendant Amarillo National Bank's Motion to Dismiss (Doc. 11). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on January 29, 2026. As of the date of this Order, neither party has filed objections.[1]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has

---

[1] Amarillo National Bank did file a Motion for Reconsideration (Doc. 30), which Magistrate Judge Gilliland rejected (Doc. 35).

filed timely objections, the Court reviews the Report and Recommendation for clear error, finding none.

As a result, the Court **ADOPTS** the report and recommendation and **DENIES** Defendant's Motion to Dismiss.

It is so **ORDERED**.

SIGNED this 10th day of March, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE